1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   WALTER WALKER,                                 1:09-cv-00045-SMS (HC)

10                         Petitioner,             ORDER DIRECTING PETITIONER TO
                                                   SUBMIT COPY OF ORIGINAL PETITION TO
11          v.                                     COURT

12   W.J. SULLIVAN, et.al.,

13                         Respondents.

14   _____/

15

16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.

18          Petitioner filed the instant petition for writ of habeas corpus on January 31, 2007 in the

19   United States District Court for the Central District of California.  On February 14, 2007, the

20   action was transferred to this Court; however, for some unknown reason, a case number was not

21   assigned and the Court does not a copy of the petition, despite a transmittal of documents from

22   the Central District.  Upon receiving knowledge of the error, the instant action was opened and

23   assigned case number 1:09-cv-00042-SMS (HC); however, the Court still does not have a copy

24   of the original petition filed in the Central District.  Although of no fault to Petitioner, this Court

25   cannot proceed with this action until a copy of the petition is re-filed in this Court.

     ///

26   ///

27

28

1

Accordingly, it is HEREBY ORDERED that:

1.      Within thirty (30) days from the date of service of this order, Petitioner shall filed a copy of the petition filed in the Central District;

2.      The Clerk of Court is directed to send Petitioner a blank § 2254 form petition; and

3.      Failure to comply with this order will result in a recommendation that the instant action be dismissed pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:   April 27, 2009**                        _____/s/ Sandra M. Snyder_____
                                                    UNITED STATES MAGISTRATE JUDGE