UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER WALKER, | Case No. CV 09-4087-CBM(RC) |
| Petitioner, | |
| vs. | JUDGMENT |
| J.F. SALAZAR, WARDEN - CVSP, | |
| Respondent. | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: 8/3/2010

CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE

R&R\09-4087.jud
6/25/10